IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LEE GEORGE, | No. C 11-6159 RS |
| Plaintiff, | |
| v. | **ADMINISTRATIVE ORDER RE: BRIEFING** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

The Court's prior minute order set a hearing date of October 25, 2012 for the parties' anticipated cross-motions for summary judgment. The briefing schedule is as follows: Plaintiffs shall file their motion for summary judgment, which is not to exceed thirty-five pages, no later than July 12, 2012. Defendants' shall then submit their cross-motion, also limited to thirty-five pages, on or before August 31, 2012. Plaintiffs may then file a reply, limited to twenty-five pages, no later than September 14, 2012. Defendants' reply, not to exceed twenty-five pages, must be filed on or before October 1, 2012.

IT IS SO ORDERED.

Dated: 5/25/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-6159 RS
ORDER