IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LAURA LEE GEORGE,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,
KENNETH SALAZAR, as Secretary of the United States Department of the Interior,
LARRY HAWK ECHO, Assistant Secretary-Indian Affairs,

        Defendants.

No. C 11-06159 RS

**JUDGMENT**

Pursuant to the Order granting defendants' motion for summary judgment on all of plaintiff's claims, judgment is hereby entered in defendants' favor.

IT IS SO ORDERED.

Dated: 10/4/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE